**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| ALEXIS HUERTA, | No. 2:21-cv-01183-BJR |
| Plaintiff, | **STIPULATED MOTION AND ORDER TO STAY PROCEEDINGS PENDING JPML'S RULING ON TRANSFER** |
| v. | |
| T-MOBILE USA, INC., | |
| Defendant. | |

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01183-BJR) - 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154060529.1

1    Under Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Alexis

2    Huerta and Defendant T-Mobile USA, Inc. (together "the Parties"), move the Court to stay all

3    proceedings and deadlines in this action pending a ruling by the Judicial Panel on Multidistrict

4    Litigation ("JPML") on the pending motion to transfer under 28 U.S.C. § 1407. *See In re: T-Mobile*

5    *Customer Data Sec. Breach Litig.*, MDL No. 3019 (ECF No. 1). In support of this motion, the

6    Parties state:

7        Plaintiff filed this case on August 31, 2021 and served T-Mobile on September 9, 2021.

8    *See* ECF No. 1. Plaintiff alleges T-Mobile failed to adequately safeguard the personal information

9    of its customers from a criminal third-party actor. *Id.* ¶¶ 1–3. The plaintiffs in about 30 putative

10   class actions have made similar allegations against T-Mobile based on the data-security incident.

11   *See In re T-Mobile*, MDL No. 3019 (ECF Nos. 1-1, 2, 8-1, 11, 20, 48, 62). These cases are pending

12   in eight federal judicial districts. *See id*.

13       Good cause exists for a stay because—given the number of similar, overlapping cases—it

14   is likely the JPML will grant the pending motion to transfer and coordinate or consolidate the

15   related cases for pretrial proceedings under 28 U.S.C. § 1407. *See id.* (ECF No. 1). And the

16   plaintiffs who filed the JPML transfer motion subsequently noticed this case because of its related

17   nature. *See id*. (ECF No. 20). So to conserve judicial resources and the resources of the Parties in

18   addressing multiple, related putative class actions, the Parties agree to this stay. Under these

19   circumstances, "[c]ourts frequently grant stays pending a decision by the MDL Panel regarding

20   whether to transfer a case." *Good v. Prudential Ins. Co. of Am.*, 5 F.Supp.2d 804, 809 (N.D. Cal.

21   1998); *see Short v. Hyundai Motor Am. Inc.*, No. C19-0318JLR,, 2019 WL 3067251 (W.D. Wash.

22   July 12, 2019) (granting stay pending JPML's ruling on Section 1407 motion); *Gonzalez v. Merck*

23   *& Co.*, No. 07-cv-3034, 2007 WL 2220286, at *2 (E.D. Wash. Aug. 2, 2007) (granting defendant's

24

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01183-BJR) - 2

154060529.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1  motion to stay pending transfer decision and noting that "well settled case law . . . dictates a stay

2  should be granted to promote judicial economy"); *Rivers v. Walt Disney Co.*, 980 F. Supp. 1358,

3  1362 (C.D. Cal. 1997) (granting stay pending JPML's ruling because "a majority of courts have

4  concluded that it is often appropriate to stay preliminary pretrial proceedings while a motion to

5  transfer and consolidate is pending with the MDL Panel"); *Bonefant v. R.J. Reynolds Tobacco Co.*,

6  No. 07-cv-60301, 2007 WL 2409980, at *1 (S.D. Fla. July 31, 2007) ("[I]t is common practice for

7  courts to stay an action pending a transfer decision by the JPML.").

8  And like most courts, this Court recently stayed a case pending the JPML's ruling on a

9  motion to transfer. *Shattuck v. A1A, Inc.*, No. 2:21-cv-00945-BJR, 2021 U.S. Dist. LEXIS 164045

10  (W.D. Wash. Aug. 30, 2021) (Rothstein, J.) (granting stay over plaintiff's opposition). The Court

11  should do so again and grant the Parties a short stay of proceedings until the JPML rules on the

12  pending motion to transfer under Section 1407.

13

14  Dated:  September 28, 2021

15  By: /s/ *Steve Y. Koh*
    Steve Y. Koh, WSBA No. 23284

16  Kathleen M. O'Sullivan, WSBA No. 27850
    Lauren J. Tsuji, WSBA No. 55839

17  **PERKINS COIE LLP**
    1201 Third Avenue, Suite 4900

18  Seattle, WA  98101-3099
    Telephone: 206.359.8000

19  Facsimile: 206.359.9000
    E-mail: SKoh@perkinscoie.com

20          KOSullivan@perkinscoie.com
            LTsuji@perkinscoie.com

21

22  Kristine McAlister Brown (*pro hac vice*)
    **ALSTON & BIRD LLP**
    1201 West Peachtree Street

23  Atlanta, GA 30309
    Telephone: (404) 881-7000

24  STIPULATED MOTION AND ORDER
    TO STAY PROCEEDINGS
    (No. 2:21-cv-01183-BJR) - 3

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

By: /s/ *Beth E. Terrell*
Beth E. Terrell, WSBA No. 26759
**TERRELL MARSHALL LAW GROUP PLLC**
936 N. 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450
E-Mail: bterrell@terrellmarshall.com

Laurence D. King (*pro hac vice* forthcoming)
Matthew George (*pro hac vice* forthcoming)
**KAPLAN FOX & KILSHEIMER LLP**
1999 Harrison Street, Suite 1560
Oakland, California 94612
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
E-mail: lking@kaplanfox.com
        mgeorge@kaplanfox.com

David Silver (*pro hac vice* forthcoming)
**SILVER MILLER**
11780 West Sample Road
Coral Springs, FL 33065
Telephone: (954) 516-6000
Email: dsilver@silvermiller.com

*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01183-BJR) - 4

154060529.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

IT IS SO ORDERED.

Dated this 29th day of September 2021.

s/Barbara J. Rothstein

Barbara J. Rothstein
U.S. District Court Judge

Presented by:

/s/ *Steve Y. Koh*

Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
        KOSullivan@perkinscoie.com
        LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATED MOTION AND ORDER
TO STAY PROCEEDINGS
(No. 2:21-cv-01183-BJR) - 5

154060529.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000